\

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
MARK FALK
UNITED STATES MAGISTRATE JUDGE

USPO & COURTHOUSE
1 FEDERAL SQ., ROOM 457
NEWARK, NJ 07101
(973) 645-3110

June 10, 2008

Christopher A. Seeger, Esq.
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

**Re: Arce v. C.R. Bard, Inc. and Davol, Inc.**
**Civil Action No. 08-2709 (DMC)**

Dear Counsel:

I have been assigned case management responsibilities in the above referenced matter initiated by you in this Court. This is intended to advise you of some requirements which I have established for the early stages of the litigation.

I would like to know the names of all counsel involved in this action and ask that you advise me of the names and addresses of all attorneys involved, when such information is available to you.

I call your attention to Rule 4(m) of the Federal Rules of Civil Procedure which requires that you serve a copy of the Summons and Complaint upon your adversaries within 120 days of the date of filing the Complaint. Otherwise, the action will be terminated.

Be advised that L. Civ. R. 26.1(b) requires counsel to confer and to submit a joint discovery plan prior to the initial Rule 16 conference. The initial conference will be scheduled as soon as all parties are joined. I draw counsel's attention to the voluntary disclosures mandated by Rule 26. Scheduling of all post-Answer motions will be addressed at the Rule 16 conference. The parties shall advise the undersigned of any pre-Answer motions, including F.R.C.P. 12 motions as soon as they have been filed. You may submit unopposed applications for *pro hac vice* directly to my Chambers. Please obtain consent of your adversary prior to filing your application, advising in your cover letter and proposed Order that you have consent.

Finally, all counsel are expected and required to be in Court on time and ready to proceed for any and all scheduled conferences. **A copy of this letter is to be supplied immediately to your adversaries**.

If you have any questions regarding any of these matters, please contact my deputy clerk, Lorraine McNerney.

Very truly yours,

s/Mark Falk

**MARK FALK**
**United States Magistrate Judge**

MF/lgm