William T. Walsh
Clerk

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J. 07101-0419**

**CAMDEN OFFICE**
**USPO & Courthouse**
**401 Market Street**
**Camden, N.J. 08101**

**TRENTON OFFICE**
**402 East State Street**
**P.O. Box 515**
**Trenton, N.J. 08603**

REPLY TO: Newark

Date: 08/26/2008

David A. DiMarzio, Clerk
119 Federal Building and
United States Courthouse
One Exchange Terrace
Providence, RI 02903

Re: Deborah Arce -v- Davol, Inc.

Civil Action No. 08-2709 MDL No.

Dear Mr. DiMarzio:

Pursuant to the Multidistrict Litigation Transfer Order enclosed, please find the complete original file in the above matter together with a certified copy of the docket entries.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

WILLIAM T. WALSH, Clerk
By: Norma Rodriguez
Deputy Clerk

Enclosures
cc: Clerk, Judicial Panel on
Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Clerk, Judicial Panel on
Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002-8004