CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−02709−DMC−MF

ARCE v. C.R. BARD, INC. et al
Assigned to: Judge Dennis M. Cavanaugh
Referred to: Magistrate Judge Mark Falk
Cause: 28:1332 Diversity−Product Liability

Date Filed: 05/30/2008
Date Terminated: 08/25/2008
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**DEBORAH ARCE**

represented by **SCOTT A. GEORGE**
SEEGER WEISS, LLP
550 BROAD STREET
SUITE 920
NEWARK, NJ 07102
(973) 639−9100
Email: sgeorge@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD, INC.**

**Defendant**

**DAVOL, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2008 | Ï 1 | COMPLAINT against C.R. BARD, INC., DAVOL, INC. ( Filing fee $ 350 receipt number 2021594.) Jury Demand (no summons submitted), filed by DEBORAH ARCE. (Attachments: # 1 Civil Cover Sheet)(ld, ) (Entered: 06/02/2008) |
| 06/12/2008 | Ï 2 | LETTER ORDER advising the parties of the requirements which have been established for the early stages of this litigation. Signed by Magistrate Judge Mark Falk on 06/10/2008. (nr, ) (Entered: 06/13/2008) |
| 08/25/2008 | Ï 3 | Copy of Certified Order of MDL Panel transferring case to the District of Rhode Island. (nr, ) (Entered: 08/26/2008) |
| 08/27/2008 | Ï 4 | Letter transferring action to District of Rhode Island (nr, ) (Entered: 08/27/2008) |